# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | ED11MJ00106 |
| ROSALINDA BENGE | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _DEFENDANT_, IT IS ORDERED that a detention hearing is set for _MARCH 29_, _2011_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _OSWALD PARADA_, in Courtroom _3_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _3/25/11_

U.S. District Judge/Magistrate Judge