FILED
CLERK, U.S. DISTRICT COURT

MAR 29 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Rosalinda Berge,<br><br>Defendant. | Case No.: ED11-106-M<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Southern</u> District of <u>California</u> for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. ☒   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

<u>insufficient bail resources, substantial substance abuse history, criminal history, history of probation violations, multiple aliases, mental health issues.</u>

1

1           and/ or

2   B. ( )   The defendant has not met his/her burden of establishing by clear and
3           convincing evidence that he/she is not likely to pose a danger to the
4           safety of any other person or the community if released under 18 U.S.C. §
5           3142(b) or (c). This finding is based on the following:

6   _____
7   _____
8   _____
9   _____
10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further
12   revocation proceedings.

13
14   Dated: 3/29/11

15                                   HONORABLE OSWALD PARADA
                                    United States Magistrate Judge